UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-60174-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TEVIS COOPER,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR MODIFICATION OR REDUCTION OF SENTENCE

**THIS CAUSE** is before the Court on Defendant Tevis Cooper's "Motion to

Movant for Modification or Reduction of Sentence Based Upon an Intervening Post-

Sentencing Change in the United States Sentencing Guidelines Pertaining to Cocaine

Base 'Crack' Offenses (Amendment) 750 Which Effectively Lowers Petitioner's Term of

Imprisonment" [DE 45].  The Court has considered the motion, the Government's

response [DE 47], Mr. Cooper's Reply [DE 48], and is otherwise fully advised in the

premises.

Mr. Cooper maintains entitlement to a sentence reduction pursuant to

Amendment 750 to the United States Sentencing Guidelines.  Amendment 750 became

effective on November 1, 2011.  The Amendment adjusted cocaine base amounts in

§ 2D1.1 to limit the disparity between powder cocaine and cocaine base.  The

Amendment was given retroactive effect.

Mr. Cooper pled guilty to Count One of the Indictment, which charged

possession with intent to distribute five or more grams of cocaine base, commonly

known as "crack cocaine." On December 29, 2005, the Court sentenced Mr. Cooper to 188 months imprisonment to be followed by five years supervised release. Mr. Cooper was determined to be a career offender, and, pursuant to 21 U.S.C. § 841(b)(1)(B), was subject to a mandatory term of five years imprisonment up to a maximum term of forty years. His advisory guideline range was determined by the application of the career offender enhancement pursuant to § 4B1.1. As such, Mr. Cooper is not eligible for the retroactive benefits of Amendment 750 implementing the Fair Sentencing Act of 2010. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant Tevis Cooper's "Motion to Movant for Modification or Reduction of Sentence Based Upon an Intervening Post-Sentencing Change in the United States Sentencing Guidelines Pertaining to Cocaine Base 'Crack' Offenses (Amendment) 750 Which Effectively Lowers Petitioner's Term of Imprisonment" [DE 45] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of December, 2011.

JAMES I. COHN
United States District Judge

Copies furnished to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail